# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JASON AND KATHLEEN AUGSBURGER,** | } } } |
| Plaintiffs, | } } **Case No.: 2:15-cv-00404-RDP** |
| v. | } } |
| **EASTPOINT RECOVERY GROUP, INC.,** et al., | } } |
| Defendants. | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

Plaintiff is **DIRECTED** to submit a joint stipulation of dismissal or notice of voluntary dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this June 4, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE